UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

H.C. STARCK, INC.

v.  CA 10-139 ML

NATIONAL CHAIN COMPANY
d/b/a APOGEE PRECISION PARTS

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on September 14, 2011. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Motion to Dismiss Count I and Count II is DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
**October 17, 2011**